UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| K-BEECH, INC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. V-11-46 |
| JOHN DOES 1-41, | § § | |
| Defendant. | § § | |

## ORDER

The Clerk is hereby directed to send a copy of Docket Entry No. 12 to counsel for Plaintiff K-Beech, Inc.

It is so **ORDERED**.

SIGNED this 21st day of December, 2011.

_____
JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE