12/27/11
US District Court S. Dist Of TX
312 S .Main St
Victoria, TX 77901

United States Courts
Southern District of Texas
F I L E D

DEC 27 2011

David J. Bradley
Clerk of Court

Re:Cable one ;Civil Action No.6:11-CV-00046
IP address:67.60.124.178 John Doe

In compliance with the subpoena received on Dec. 9, 2011, I am writing to inform you I am not the correct person you are looking for. My IP address is not as follows: 67.60.124.178 in which I am being accused of illegally downloading pornographic movies.

I believe this subpoena was improperly issued, as well as a recorded message left on a answer machine & I am requesting that the subpoena be quash, due to these findings.

I am also sending a written motion to the court to quash the subpoena.

Respectfully,

*Gloria Aguayo* (signature)

Gloria Aguayo
112 Bowie St
Port Lavaca TX 77979

CC;Cable One -Legal Dept
Martin, Martin & Martin PC