**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| K-BEECH, INC., <br><br>                 Plaintiff, <br><br><br> v. <br><br><br> JOHN DOES 1-41, <br><br>                 Defendants. | Civil Action No. 6:11-cv-00046 |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF  DOE 40 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 40. Pursuant to the settlement agreement's terms Plaintiff hereby voluntary dismisses Doe Defendant 40 from this action <u>with prejudice</u>.  John Doe 40 was assigned the IP Address 151.213.183.169.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)Defendant Doe 40 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,


<u>*/s/ Lionel Marin*</u>
Lionel Martin
Texas State Bar No. 24037032
Federal Id. No. 31342

19901 Southwest Freeway
Suite 131
Sugar Land, Texas 77479
Tel: (281) 277-3066
Fax: (281) 277-3067

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

OF COUNSEL:

**GARCIA-MARTIN & MARTIN, P.C.**

      Melissa Garcia-Martin
      Texas State Bar No. 24039035
      Federal ID: 38613

19901 Southwest Freeway
Suite 131
Sugar Land, Texas 77479
Tel: (281) 277-3066
Fax: (281) 277-3067

## CERTIFICATE OF SERVICE

      I hereby certify that on February 7, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                            */s/ Lionel Marin*
                            Lionel Martin