UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| K-BEECH, INC. | JURY TRIAL DEMANDED |
|---|---|
| Plaintiff, | Civil Action No. 6:11-CV-00046 |
| v. | |
| JOHN DOES 1-41, Defendants. | |

## ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE INITIAL PRETRIAL AND SCHEDULING CONFERENCE

On this day came on to be considered Plaintiff K-Beech, Inc.'s Motion to Continue Initial Pretrial and Scheduling Conference and having considered same, this Court is of the opinion that such motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff K-Beech, Inc.'s Motion to Continue Initial Pretrial and Scheduling Conference is hereby in all things granted. It is further,

**ORDERED** that the Initial Pretrial and Scheduling Conference in this case shall be re-scheduled to _MAY 15, 2012_, at _9:00 AM_.

SIGNED this _27th_ day of _March_, 2012.

_____
UNITED STATES DISTRICT JUDGE