UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CASE NO. 6:11-CV-00046

K-BEECH, INC.,

        Plaintiff,

   v.

GLORIA AGUAYO,

        Defendants.

## NOTICE OF SETTLEMENT

Pursuant L.R. 16.3, Plaintiff, K-BEECH, INC., hereby gives Notice to the Court that a Settlement has been reached with Defendant, Gloria Aguayo ("Defendant"). Defendant must satisfy her obligations by May 23, 2012. Upon the satisfaction of her obligations under the terms of the Agreement, Plaintiff will dismiss all claims asserted against Defendant in the Amended Complaint with prejudice, by filling a Notice of Voluntary Dismissal.

Dated: May 8, 2012

        Respectfully submitted,

        */s/ Lionel Martin*
        Lionel Martin
        Texas State Bar No. 24037032
        Federal Id. No. 31342

        19901 Southwest Freeway
        Suite 131
        Sugar Land, Texas 77479
        Tel: (281) 277-3066
        Fax: (281) 277-3067

        **ATTORNEY-IN-CHARGE FOR PLAINTIFF**

OF COUNSEL:

**GARCIA-MARTIN & MARTIN, P.C.**

    Melissa Garcia-Martin
    Texas State Bar No. 24039035
    Federal ID: 38613

19901 Southwest Freeway
Suite 131
Sugar Land, Texas 77479
Tel: (281) 277-3066
Fax: (281) 277-3067

<u>**CERTIFICATE OF SERVICE**</u>

    I hereby certify that on May 8th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on Defendant, Gloria A. Aguayo via U.S. mail to: 112 Bowie Street, Port Lavaca, Texas 77979.

                                        <u>*/s/ Lionel Martin*</u>
                                        Lionel Martin