# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| K-BEECH, INC., <br><br> Plaintiff, <br><br> v. <br><br> GLORIA AGUAYO, <br><br> Defendant. | Civil Action No. 6:11-cv-00046 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT, GLORIA AGUAYO

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant Gloria Aguayo from this case with prejudice. Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

Respectfully submitted,

*/s/ Lionel Martin*
Lionel Martin
Texas State Bar No. 24037032
Federal Id. No. 31342

19901 Southwest Freeway
Suite 131
Sugar Land, Texas 77479
Tel: (281) 277-3066
Fax: (281) 277-3067

**ATTORNEY-IN-CHARGE FOR PLAINTIFF**

OF COUNSEL:

**GARCIA-MARTIN & MARTIN, P.C.**

    Melissa Garcia-Martin
    Texas State Bar No. 24039035
    Federal ID: 38613

19901 Southwest Freeway
Suite 131
Sugar Land, Texas 77479
Tel: (281) 277-3066
Fax: (281) 277-3067

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 21st, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on Defendant, Gloria A. Aguayo via U.S. mail to: 112 Bowie Street, Port Lavaca, Texas 77979.

                                      */s/ Lionel Martin*
                                      Lionel Martin