UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **K-BEECH, INC,** | § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. V-11-46 |
| **GLORIA AGUAYO,** | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On May 21, 2012, Plaintiff filed a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). Although not required by the Federal Rules of Civil Procedure, it has long been the policy of this Court to confirm the dismissal by a written order signed by a judge.

Accordingly, pursuant to the Plaintiff's Notice of Voluntary Dismissal with Prejudice of Defendant, Gloria Aguayo (Dkt. No. 31), this action is hereby **DISMISSED with prejudice**.

It is so **ORDERED**.

SIGNED this 23rd day of May, 2012.

JOHN D. RAINEY
SENIOR U.S. DISTRICT JUDGE